UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| MUSTAFA SAVIOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV625-076 |
| | ) | |
| CORECIVIC INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The Court has dismissed *pro se* Plaintiff Mustafa Savior's Second Amended Complaint. *See* doc. 32. The same day the Court's Order entered, the Clerk received a completed form complaint from Savior. *See* doc. 33. Savior seeks to attach that form to the substantive Second Amended Complaint he previously submitted. *See id.* at 12. Substantively, it largely relies on incorporating the factual allegations of the Second Amended Complaint. *See id.* at 4-5. To the extent that the form might be construed as an amendment, Savior cannot amend as a matter of course and it was submitted without leave. It might, therefore, simply be disregarded as without any legal effect. *See, e.g., Hoover v. Blue Cross & Blue Shield of Ala.*, 855 F.2d 1538, 1544 (11th Cir. 1988). Nevertheless, the Court has reviewed the contents of the form and, to the

1

extent that it includes any additional factual allegations beyond the already considered Second Amended Complaint, they do not alter the Court's analysis. *See* doc. 33 at 4-5*; see also* doc. 32. This case stands **CLOSED**.

 **SO ORDERED**, this 19th day of May, 2026.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA